MINNIE L. SPINK, Respondent, v. TOWN OF CHAUTAUQUA, Appellant.—

Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.